IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ISAAC LIEVANOS,<br><br>           Petitioner,<br><br>v.<br><br>SCOTT GROWTHER,<br><br>           Respondent. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:14-CV-388-DB<br><br>District Judge Dee Benson |

On May 19, 2016, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed for his failure to file a reply to Respondent's answer, nearly eighteen months earlier, to his habeas-corpus petition. Petitioner had persisted in seeking counsel, although the Court had denied his earlier motion for appointed counsel. The Court noted, "Petitioner must at least try to file a proper reply on his own."

On June 15, 2016, Petitioner responded to the order to show cause, saying that he had been seeking outside representation, but needed time to continue to working on it. He still has never even tried to respond to Respondent's answer--now filed over twenty months ago. The Court has not heard from Petitioner again since June.

IT IS THEREFORE ORDERED that Petitioner's petition is DISMISSED for failure to obey to the Court's order and to prosecute this case. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). This case is CLOSED.

DATED this 29th day of September, 2016.

BY THE COURT:

JUDGE DEE BENSON
United States District Court