IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ISAAC LIEVANOS,<br><br>               Petitioner,<br><br>v.<br><br>SCOTT GROWTHER,<br><br>               Respondent. | **MEMORANDUM DECISION & ORDER DENYING MOTION FOR CONTINUANCE**<br><br>Case No. 2:14-CV-388-DB<br><br>District Judge Dee Benson |

On September 29, 2016, this Court dismissed Petitioner's case because he had neither obeyed a Court order, nor prosecuted his case.

In that dismissal order, the Court recounted the following timeline: On May 19, 2016, this Court ordered Petitioner to within thirty days show cause why his petition should not be dismissed for his failure to file a reply to Respondent's answer, nearly eighteen months earlier, to his habeas-corpus petition. Petitioner had persisted in seeking counsel, although the Court had denied his earlier motion for appointed counsel. The Court noted, "Petitioner must at least try to file a proper reply on his own."

On June 15, 2016, Petitioner responded to the order to show cause, saying that he had been seeking outside representation, but needed time to continue to working on it. He still had never even tried to respond to Respondent's answer--at that time filed over twenty months prior. The Court had not heard from Petitioner again since June 2016 when it ordered dismissal.

After the Court dismissed Petitioner's case, Petitioner filed the current motion "for continuance." The Court construes it as a motion for reconsideration of the dismissal. Yet,

Petitioner still gives no reason why he did not even try to reply on his own. Nor does he hint what his reply would contain.

    IT IS THEREFORE ORDERED that Petitioner's motion for continuance/reconsideration is DENIED.  (*See* Docket Entry # 24.) This case remains CLOSED.

    DATED this 4th day of April, 2017.

                  BY THE COURT:

                    JUDGE DEE BENSON
                    United States District Court